No. 78–924. ASSOCIATED STUDENTS OF THE UNIVERSITY OF ARIZONA ET AL. *v.* ARIZONA BOARD OF REGENTS. Ct. App. Ariz. Certiorari denied.

No. 78–926. JACKSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–929. VILLAGE OF MAYWOOD ET AL. *v.* STERLING ET AL. C. A. 7th Cir. Certiorari denied.

No. 78–932. ZIMMERMAN *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 78–935. JOHNSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–936. ATLAS TACK CORP. *v.* MAHONEY ET AL. C. A. 1st Cir. Certiorari denied.

No. 78–939. PALMIERI *v.* LeFEVRE CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 78–941. JAGGARD ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied.

No. 78–942. UNITED STATES FIDELITY & GUARANTY CO. *v.* LORD, U. S. DISTRICT JUDGE, ET AL. C. A. 8th Cir. Certiorari denied.

No. 78–949. LOWITT *v.* NEW JERSEY. Super. Ct. N. J. Certiorari denied.

No. 78–951. MORTON *v.* MORTON. Ct. App. Cal., 2d App. Dist. Certiorari denied.